In the Matter of the Application of WARREN COMMERCIAL REFRIGERATOR SALES CORP., Petitioner-Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against MARTHA BYRNE, as Register of New York County, Appel-

lant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.